UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

USA,

Plaintiff(s),

v.

DANILO FERNANDEZ,

Defendant(s).
-------------------------------------------------------------x

**CALENDAR NOTICE**

26cr366 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~re~~scheduled for:

x_ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

___ Plea hearing

___Sentencing

on September 14, 2026, at 10:00 a.m., in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(G) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: September 3, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge