**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*50 Main Street – Suite 1100*
*White Plains, New York 10606*

September 1, 2026

**BY ECF AND EMAIL**
The Honorable Victoria Reznik
United States Magistrate Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Request GRANTED.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 9/1/2026

**Re: *United States v. Danilo Fernandez*, 26 Cr. 366 (VB)**

Dear Judge Reznik:

In the above-captioned matter, the Government respectfully requests that the Court unseal the two-count indictment on which the defendant was arraigned earlier today. Defense counsel has consented to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney
Southern District of New York

by: /s/ Carmi Schickler
Carmi Schickler
Matthew Specht
Assistant United States Attorneys
(914) 993-1927 / -1937

cc: Barry Ross Goldberg, Esq.